744 A.2d 47

**Nasreen AMAN**

**v.**

**Najeeb JAVED.**

**No. 67, Sept. Term, 1999.**

Court of Appeals of Maryland.

Jan. 13, 2000.

**344**

Adam Frank (Mir Law Associates, on brief), Rockville, for Petitioner.

No argument on behalf of Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL and ROBERT L. KARWACKI (retired, specially assigned), JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and heard, it is this 13th day of January, 2000

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.